**REMAND/MADE JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6279-GW(JEMx) | Date | October 23, 2009 |
|---|---|---|---|
| Title | *Maria Pilar Alonso v. The Bank of New York Mellon, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    COURT ORDER**

On October 22, 2009, a tentative ruling was circulated and a hearing was held as to subject matter jurisdiction. Counsel for defendant was not present. The tentative ruling was faxed to counsel and counsel was given until today to respond to the tentative.

Counsel for defendant has submitted to the tentative. Therefore, the above-entitled matter is hereby remanded back to the Superior Court for the State of California, County of Los Angeles (BC418696).

IT IS SO ORDERED.

| | : |
|---|---|
| Initials of Preparer | JG |